UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                Case No. 3:18-cr-195

vs.

TRAVIS FULTON,                       District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) MAKING AN ENDS OF JUSTICE FINDING; AND (2) SETTING THIS CASE FOR A STATUS CONFERENCE ON APRIL 28, 2021 AT 11:00 AM**

---

    This criminal case was called on April 15, 2021 at 11:00 a.m. with defense counsel Allison Hunter present. Due to the unavailability of counsel for the government, this matter was not held on April 15, and is rescheduled for **April 28, 2021 at 11:00 a.m.**

    The Court finds, after considering the factors set forth in 18 U.S.C. § 3161(h)(7)(B), that the ends of justice are served by continuing this matter until the status conference on April 28, 2021.  Failure to grant such a continuance would deny counsel for the parties the reasonable time necessary for effective preparation, deprive the Defendant of the opportunity to fully address his concerns with his attorney, and may ultimately lead to a miscarriage of justice.  Accordingly, without objection by the parties, the time from April 15, 2021 until the April 28, 2021 status conference is excluded in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendant to trial.

    **IT IS SO ORDERED.**

Date:  April 15, 2021                             s/ Michael J. Newman
                                                              Hon. Michael J. Newman
                                                              United States District Judge