UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                   Case No. 3:18-cr-195

vs.

TRAVIS FULTON,                          District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) MAKING AN ENDS OF JUSTICE FINDING; AND (2) SETTING THIS CASE FOR A STATUS CONFERENCE ON AUGUST 2, 2021 AT 11:00 AM**

---

This criminal case came before the court for a status conference on April 28, 2021 at 9:30 a.m. Allison Hunter participated on behalf of her client. Julienne McCammon participated on behalf of the government. This case is set for a status conference to discuss the progress of the case on **August 2, 2021 at 11:00 a.m**.

The Court finds, after considering the factors set forth in 18 U.S.C. § 3161(h)(7)(B), that the ends of justice are served by continuing this matter until the status conference on August 2, 2021. Failure to grant such a continuance would deny counsel for the parties the reasonable time necessary for effective preparation, deprive the Defendant of the opportunity to fully address his concerns with his attorney, and may ultimately lead to a miscarriage of justice. Accordingly, without objection by the parties, the time from April 28, 2021 until the August 2, 2021 status conference is excluded in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendant to trial.

**IT IS SO ORDERED.**

Date:   April 28, 2021                            s/ Michael J. Newman

Hon. Michael J. Newman
United States District Judge